# EXHIBIT B

# EXHIBIT B

# DECLARATION OF CLAYTON P. BRUST IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, CLAYTON P. BRUST, declare under the penalty of perjury under the laws of the State of Nevada that the following are true and correct to the best of my knowledge and belief and will testify, if required, as follows:

1. I represent Plaintiffs Peter Castleman and Sloane Castleman in this matter. I have personal knowledge of the facts set forth in this declaration, and if I am called as a witness, I would and could testify competently as to each fact set forth herein.

2. Attached as **Exhibit 1** is a true and accurate copy of an email string I received from Lawrence Hupertz on or about January 31, 2022.  Upon information and belief, Defendant intended to send her email to me but used an incomplete email address.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this __23rd__ day of March, 2022.

_____
CLAYTON P. BRUST

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

1

## EXHIBIT LIST

| Exhibit # | Description | # of Pages |
|---|---|---|
| Exhibit 1 | January 2022 Email Thread w Lawerence Hupertz | 2 |

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

# PLACEHOLDER DOCUMENT

# EXHIBIT 1 IS TO BE SUBMITTED FOR IN-CAMERA REVIEW